IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br> *Plaintiff,*<br>v.<br>THOMAS WALLACE GILBERT,<br> *Defendant.* | DOCKET NO. 3:15-CR-168<br><br>DOCUMENTS IN SUPPORT OF<br><br>RELEASE |

  Mr. Thomas Gilbert, by and through his counsel of record, Assistant Federal Public Defender Carson Smith, hereby submits documentary evidence in support of his argument for release at his detention hearing scheduled for tomorrow, December 4, 2024. These documents include a letter of support.

            Respectfully Submitted,

            s/ Carson Smith
            CARSON SMITH
            Asst. Federal Public Defender
            Federal Defenders for the Western District of NC
            129 W. Trade St., Suite 300
            Charlotte, N.C. 28202
            (704) 374-0720
            Carson_smith@fd.org

DATE: December 3, 2024

December 3, 2024

Dear Honorable Judge,

I am Thomas Gilbert's mother. I suffer from several on-going health problems that often cause swelling and pain in my joints. My son helps me with many of the daily tasks that I am unable to complete on my own. I use a rolling walker to assist me with walking. I often need help getting in and out of the shower and getting dressed and ready for work. He helps me in and out of my car. He goes to get me food or helps prepare my meals. With him being locked up, it's going to create a hardship for my day-to-day life. I will need to try and get my siblings to come help when they are able, but I don't know how often they will be available. Please allow Thomas to be released so that he can still be around to help me.

Thank you,

Helen McCain
546 Crocus Ct.
Charlotte, NC 28217
704-451-1735



Helen McCain



Helen McCain